[No. 42616-1-II.   Division Two.   July 30, 2013.]

*In the Matter of the Detention of* CHARLES URLACHER.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-13180-4, Ronald E. Culpepper, J., entered September 2, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 42789-3-II.   Division Two.   July 30, 2013.]

*In the Matter of the Estate of* CORRINE WEGNER.

KENNETH WEGNER, *as Personal Representative, Respondent,* v. MAXINE ELAINE TESCHE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-4-00356-2, Garold E. Johnson, J., entered October 14, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 42807-5-II.   Division Two.   July 30, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. TEDDY JAY PYLE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01494-1, Scott A. Collier, J., entered November 16, 2011. *Remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 42921-7-II.   Division Two.   July 30, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNIE DEAN STRODE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00454-5, Marilyn K. Nitteberg-Haan, J., entered December 19, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.